# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GLORIA ALLEN,** | |
| **Plaintiff,** | |
| v. | **CIVIL ACTION NO.:** |
| | **2:21-cv-1566-RDP** |
| **UNIPRES ALABAMA, INC.,** | |
| **Defendant** | |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant **UNIPRES Alabama, Inc.** ("Defendant"), and states as follows:

Defendant is owned 100% by UNIPRES Corporation.

Respectfully submitted,

*/s/ Brett Adair*
Brett Adair
Melisa C. Zwilling
Attorneys for Unipres Alabama, Inc.

1

**OF COUNSEL:**
**Carr Allison**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057
badair@carrallison.com
mzwilling@carrallison.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of January, 2022, the foregoing document was electronically filed with the Clerk of this Court and served upon the following using the CM/ECF system:

Matthew R. Gunter
MORGAN & MORGAN
Post Office Box 530244
Atlanta, GA 30353-0244

                                      */s/ Brett Adair*
                                      OF COUNSEL